Stefania Schultz, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order unanimously affirmed by default, with costs. Present— Woodward, Jenks, Gaynor, Burr and Rich, JJ.

The Troy Laundry Machinery Company, Limited, Respondent, v. Samuel Schlesinger, etc., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Wodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Amelia Vogt, Appellant, v. Solomon S. Schwartz, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Avery M. Walsh, Appellant, v. Edward G. Vail, Jr., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Mary Wetzel, Respondent, v. Innocenza Livoti, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

William H. White, Respondent, v. Isabel Blauvelt, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Philip Wolf, Appellant, v. Frank Pindyck, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Charles H. Zenner, Respondent, v. Mary M. Ward, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Minnie Adlin, as Administratrix, etc., of Elimelech Adlin, Deceased, Plaintiff, v. The Excelsior Brick Company, of Haverstraw, New York, and Others, Defendants.— Motion for reargument as to the defendants Everett Fowler and Lucien Washburn granted, and case set down for Tuesday, April 20, 1909. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Michael E. Finnigan for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Percy L. Housel for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Zachary T. Young for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.